UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND D. TAVITA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00147-CDB (SS)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING *NUNC PRO TUNC* EXTENSION OF DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 15, 16) |

Plaintiff Raymond D. Tavita ("Plaintiff"), proceeding *in forma pauperis*, seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On April 26, 2024, Defendant filed a notice of lodging of the administrative transcript, with the accompanying proof of service stating it was mailed to Plaintiff that same day. (Doc. 14). As set forth in the scheduling order (Doc. 9 at 2), Plaintiff was required to file his motion for summary judgment within 30 days after the service of the administrative transcript (*e.g.*, no later than May 27, 2024).

Plaintiff did not file his motion within that timeframe. On September 17, 2024, the Court issued an order requiring Plaintiff to show cause within 14 days why the case should not be dismissed for Plaintiff's failure to comply with the Court's orders. (Doc. 15).

On September 25, 2024, Plaintiff filed his response. (Doc. 16). In brief, Plaintiff represents

that he has not found any attorney to represent him in this matter, his disability makes it difficult for him to read mail, and he did not understand the Court's Local Rules or the Federal Rules of Civil Procedure. Plaintiff asks for the Court to grant him a continuance. *Id.*

In the Eastern District of California, requests for extensions in the time to make a required filing must be made "as soon as the need for the extension becomes apparent." Local Rule 144(d).

The Court notes that it has been approximately five months since the service of the administrative transcript. (Doc. 14). Plaintiff's deadline to file his motion for summary judgment has long passed and his request for an extension is months after the deadline. The Court does not find Plaintiff's arguments as provided in his response (Doc. 16) to be persuasive and disfavors granting *nunc pro tunc* extensions of time. Nonetheless, the Court will grant Plaintiff a one-time, 30-day extension of the deadline by which he must file his motion for summary judgment. **No further continuances will be granted absent extraordinary circumstances.**

Accordingly, IT IS HEREBY ORDERED:

Plaintiff shall file his motion for summary judgment within thirty (30) days of issuance of this order. **Any failure by Plaintiff to file the motion for summary judgment by that deadline will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **September 27, 2024**                    _____
                                                   UNITED STATES MAGISTRATE JUDGE

2